UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRING KNITWEAR PTE LTD, | |
| Plaintiff, | Civil Action No.:  1:20-CV-08938-AKH |
| vs. | **REQUEST FOR CERTIFICATE OF DEFAULT** |
| PACIFIC ALLIANCE USA, INC. and GBG USA INC., | I decline to grant the motion without a verified showing of the citizenship of plaintiff, its status and, if a limited company, the citizenship of each of its members.  There also must be a verified showing of authority granted by the defaulting company to the NY Secretary of State, or some other basis of jurisdiction. |
| Defendants. | So ordered,<br>/s/<br>Alvin K. Hellerstein<br>2/5/21 |

To:    RUBY J. KRAJICK, CLERK OF COURT
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

       Plaintiff respectfully requests a certificate of default, pursuant to Fed. R. Civ. P. 55(a) and

Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, against defendant

Pacific Alliance USA, Inc. in the above-entitled action for its failure to appear or otherwise

respond to the Complaint within the time specified by the Federal Rules as fully appears from the

court file herein and from the attached certification of Robert K. Gross.

       A proposed Certificate of Default is submitted for the Court's convenience.


Dated: February 2, 2021                Respectfully submitted,

                                       BARCLAY DAMON LLP

                                       By:____/s/ Robert K. Gross_____
                                              Robert K. Gross, Esq.
                                       *Attorneys for Plaintiff*
                                       1270 Avenue of the Americas, Suite 501
                                       New York, NY 10020
                                       Telephone: (212) 784-5812
                                       rgross@barclaydamon.com
                                       Matter No.:  3107846

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SPRING KNITWEAR PTE LTD,

                    Plaintiff,

vs.

PACIFIC ALLIANCE USA, INC. and GBG USA
INC.,

                    Defendants.

Civil Action No.:  1:20-CV-08938-AKH

**CERTIFICATE OF DEFAULT**

---

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 27, 2020 with the filing of a complaint, and a copy of the summons and complaint was served on defendants by serving:

a.    Pacific Alliance USA, Inc. and GBG USA Inc. by service upon the Secretary of State of the State of New York, in accordance with New York Limited Liability Company Law Section 304, on December 2, 2020.

I further certify that proof of service was therefore filed on January 28, 2021 (Docket No.: 10 and Docket No.: 11).

I further certify that the docket entry indicates that Pacific Alliance USA, Inc. has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Pacific Alliance USA, Inc. is hereby noted.

Dated: New York, New York
       February ___ 2021

RUBY J. KRAJICK, Clerk of Court

By: _____