UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :

SPRING KNITWEAR PTE LTD,                        :

                                                        :     **ORDER**
                       Plaintiff,                     :
       -against-                            :     20 Civ. 8938 (AKH)
                                                        :
PACIFIC ALLIANCE USA, INC. and GBG USA   :
INC.,                                                          :
                                                       :
                      Defendants.            :
                                                       :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I decline to grant the motion for default judgment because of my concern for the court's subject matter jurisdiction. Competent proof and briefing should be supplied showing that a private limited company under Singapore law is the equivalent of a corporation, and not a limited liability company which has the citizenship of all its owners. *See Newman–Green, Inc. v. Alfonzo–Larrain*, 490 U.S. 826, 828 (1989); *Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC,* 692 F.3d 42, 49 (2d Cir. 2012), *Century Metal Recycling, Pvt. Ltd. v. Dacon Logistics, LLC*, 2013 WL 5929816 at *3 (D.Conn. Nov. 4, 2013). Plaintiff has until March 15, 2021, to file such a showing, or the complaint will be dismissed for lack of subject matter jurisdiction.

       SO ORDERED.

Dated:    February 21, 2021                                 /s/
            New York, New York                   ALVIN K. HELLERSTEIN
                                                      United States District Judge